# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2019

## NO. 03-18-00033-CV

**Bobcat North America, LLC, Appellant**

**v.**

**Bart A. Begley; Montgomery M. Davison, Robert A. Smith; and Inland Waste Holdings, LLC, an Oklahoma Limited Liability Company, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on December 19, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.